1 Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
2 Santa Cruz CA 95060

3 Telephone (831) 425-8000

4 Attorney for: Defendant Gilbert Guzman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>GILBERT GUZMAN,<br><br>     Defendant | No. CR 11-0615 LHK<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING<br>SENTENCING HEARING** |

　　　　The parties stipulate, and request that the court Order, the following:

　　　　1.　　This matter is currently set for a sentencing on June 13, 2012, at 10:00 A.M.  By this stipulation, the parties are requesting that the sentencing hearing be continued one week, to June 20, 2012.

　　　　2.　　Counsel for Mr. Guzman is set for two state court preliminary hearings the week of June 11.  It appears that both of these matters will proceed that week. The cases are *People v. Smith*, a multi victim child molestation case, and *People v. Kakkar*, a case

involving workers compensation insurance fraud brought against an operator of several hotels.

  3. Counsel for the defendant expects both of these proceedings to be concluded within a week, and therefore expects to be available for sentencing on June 20 at 10:00 AM.

  4. Counsel for Mr. Guzman has conferred with counsel for the government and with the probation officer. Both are available on June 20 and neither objects to this brief continuance.

  For the above reasons, it is respectfully requested that the court continue the sentencing hearing in the above matter to June 20, 2012.

  Respectfully submitted,

Dated:       By:_____/s/_____
           PETER A. LEEMING,
          Attorney for

Dated:

          */s/ Thomas A. Colthurst*
         Thomas A. Colthurst
         Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 6/8/12         _____
           Hon. Lucy H. Koh
           United States District Judge